IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROLAND MOLINA,**

    **Plaintiff,**

vs.

**FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**

    **Defendants.**

Case No.: 4:19-cv-157-AW-EMT

## JOINT NOTICE OF SETTLEMENT

Plaintiff Roland Molina and Defendant Centurion of Florida, LLC, through undersigned counsel jointly file this Notice of Settlement to inform the Court that they have reached an agreement to settle all claims and issues between them in this case. The parties respectfully request that the matter be removed from the trial calendar and that all pretrial deadlines be cancelled. The parties will file a stipulation of dismissal once formal settlement paperwork has been executed.

Respectfully Submitted,

*/s/ Ray Taseff*
Ray Taseff, Esq.
***One of the Attorneys for Plaintiff***

Dante P. Trevisani, Esq.
Fla. Bar No. 72912
*dtrevisani@floridajusticeinstitute.org*

1

Erica Selig
Fla Bar No. 120581
*eselig@floridajusticeinstitute.org*
Ray Taseff, Esq.
Fla. Bar No. 352500
*rtaseff@floridajusticeinstitute.org*
Florida Justice Institute, Inc.
3750 Miami Tower
100 S.E. Second Street
Miami, Florida 33131-2309
305.358.2081
305.358.0910 – Fax

**Attorneys for Plaintiff Molina**


        */s/Brian Wahl*
        Brian Wahl, Esq.
        ***One of the Attorneys for Defendant***
        ***Centurion of Florida, LLC***

OF COUNSEL:
R. Craig Mayfield (Fla. Bar No. 0429643)
Jacob Hanson (Fla. Bar No. 91453)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Fax: (813) 229-5946
cmayfield@bradley.com
epeace@bradley.com

Brian A. Wahl (Fla. Bar No. 095777)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place-1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
bwahl@bradley.com

3

**Attorneys for Defendant Centurion**